IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | 8:04CR294 |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| CHRISTOPHER M. McWILLIAMS, | ) | |
| | ) | |
| Defendant. | ) | |

      Before the Court is defendant's Motion for Appointment of Counsel Under the Criminal Justice Act [172].   Good cause being shown, I will grant the motion and Michael D. Nelson will be appointed to represent the defendant regarding Rule 35 matters.

**IT IS ORDERED** that the Motion for Appointment of Counsel Under the Criminal Justice Act [172] is granted.

**IT IS FURTHER ORDERED** that **Michael D. Nelson** is appointed as attorney of record for the above-named defendant.

 **IT IS FURTHER ORDERED** that the Federal Public Defender's Office shall forthwith provide counsel with a draft appointment order (CJA Form 20) bearing the name and other identifying information of the CJA Panel attorney identified in accordance with the Criminal Justice Act Plan for this district.

 **IT IS FURTHER ORDERED** that the Clerk shall provide a copy of this order to the Federal Public Defender and Mr. Nelson.

 DATED this 11th day of April, 2006.

                                                 BY THE COURT:

                                                 s/ F. A.  Gossett
                                                 United States Magistrate Judge